JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THERESA MCINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF THE FIRST AMERICAN CORPORATION,<br><br>Defendants. | Case No. CV 13-07621 PA (AJWx<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties, including the Group Long Term Disability Plan for Employees of the First American Corporation, previously dismissed without prejudice. The parties are to bear their own respective attorney's fees and costs.

DATED: May 16, 2014

_____
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4835-1470-8762 v1

- 1 -

Case No. CV 13-07621 PA (AJWx)
(PROPOSED) Order re STIP. FOR DISMISSAL OF ENTIRE ACTION W/PREJUDICE